William Weisel and Ruth Weisel, Appellees, v. Maurice Revitz and Philip Revitz, Appellants.
Maurice Revitz et al., Counterclaimants, v. William Weisel et al., Counterdefendants.

Gen. Nos. 9,695, 9,696.

Heard in this court at the May term, 1950. Francis Heisler, Julius Lucius Echeles, and Dobbins, Dobbins & Fraker, for appellants; Henry I. Green, Oris Barth, and Eugene Brown, for appellees. Opinion by JUSTICE DADY. **Not to be published in full.** Opinion filed May 22, 1950; rehearing denied June 24, 1950; released for publication June 24, 1950.